

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jimmy Wayne Skinner, Appellant

No. 06-24-00143-CR          v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 19886). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the cumulation order. As modified, we affirm the judgment of the trial court.

We note that the appellant, Jimmy Wayne Skinner, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 1, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk